UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JERRY DARST,**

        **Plaintiff,**

  v.                                  **Civil Action 2:24-cv-1150**
                                         **Chief Judge Sarah D. Morrison**
                                         **Magistrate Judge Chelsey M. Vascura**

**MEIGS COUNTY, OHIO,** *et al.***,**

        **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Amend the Preliminary Pretrial Order. (ECF No. 14.) For good cause shown, Plaintiff's Motion is **GRANTED**. Case deadlines are extended as follows:

- Primary expert reports: **May 1, 2025**
- Rebuttal expert reports: **June 6, 2025**
- Discovery deadline: **September 30, 2025**
- Dispositive motions: **October 31, 2025**
- Court-sponsored settlement referral: **June 2025**

    **IT IS SO ORDERED.**

                                                  */s/ Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE