**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY DARST, | : | |
| Plaintiff, | : | Case No. 2:24-cv-1150 |
| *vs.* | : | Judge Sarah D. Morrison |
| MEIGS COUNTY, OHIO, *et al.*, | : | Magistrate Judge Chelsea M. Vascura |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Sarah A. Lodge of Teetor Westfall, LLC, is substituted as co-counsel for defendants Meigs County, Ohio and Scott Fitch, in place of Sara M. Valentine.

Matthew S. Teetor will continue as trial counsel and Andrew N. Yosowitz as co-counsel. All future notices, pleadings, correspondence and the like should be served upon Matthew S. Teetor, Andrew N. Yosowitz and Sarah A. Lodge, as counsel for defendants Meigs County, Ohio and Scott Fitch.

Respectfully submitted,

/s/  Sarah A. Lodge
Matthew S. Teetor          (0087009)
Andrew N. Yosowitz       (0075306)
Sarah A. Lodge             (0090406)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
 (614) 412-4000   |   Fax (614) 412-9012
email:  mteetor@teetorlaw.com
        ayosowitz@teetorlaw.com
        slodge@teetorlaw.com
*Attorneys for Defendants*
*Meigs County, Ohio and Scott Fitch*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of June, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sarah A. Lodge
Sarah A. Lodge            (0090406)