AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| JERRY DARST, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  2:24-cv-1150 |
| MEIGS COUNTY, OHIO, et al., | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Court GRANTS Defendants' Motion for Summary Judgment.  This action is hereby dismissed.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:  6/15/2026

CLERK OF COURT

*Theresa J. B_____*
*Signature of Clerk or Deputy*
Judicial
Assistant