**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JERRY DARST**, | |
| **PLAINTIFF**, | CASE NO. 2:24-cv-01150-SDM-CMV |
| v. | CHIEF JUDGE SARAH D. MORRISON |
| **MEIGS COUNTY, OHIO**, *et al.*, | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| **DEFENDANTS**. | |

**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Plaintiff Jerry Darst ("Plaintiff") gives notice that he appeals to the United States Court of Appeals for the Sixth Circuit from the district court's Opinion and Order (ECF No. 62), upon which the Clerk of Courts has entered final judgment (ECF No. 63.)  The Opinion and Order and Judgment were entered on June 15, 2026.

Respectfully submitted,

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619), Trial Attorney
STARLING | LAW
9482 Wedgewood Boulevard, Suite 100
Powell, Ohio 43065
Office: (614) 683-6773
Direct: (614) 683-6702
jason@starling-law.com

*Attorneys for Plaintiff Jerry Darst*

**CERTIFICATE OF SERVICE**

I certify that, on June 15, 2026, I caused a copy of this document and any attachments to be filed with the Clerk of Courts via the Court's electronic filing system, which will provide notice and a copy of the filing all counsel of record.

By: /s/ Jason E. Starling

Jason E. Starling (Ohio Bar No. 0082619)

2